UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

# SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No. | 12-2658-MV | | USA vs. | Lowley |
| Date: | November 14, 2013 | | Name of Deft: | Mika-Jon Lowley |
| | Before the Honorable | | Martha Vázquez | |

| | | | | |
|---|---|---|---|---|
| Time In/Out: | 10:35 a.m. / 11:40 a.m. | Total Time in Court (for JS10): | 1 hour, 5 minutes | |
| Clerk: | Linda Romero | Court Reporter: | Susan Sperry | |
| AUSA: | Mark Baker | Defendant's Counsel: | Cliff McIntyre | |
| Sentencing in: | Santa Fe, New Mexico | Interpreter: | None | |
| Probation Officer: | Danielle Padilla | Sworn? | Yes | No |
| Convicted on: | **X** Plea / Verdict | As to: | Information | **X** Indictment |
| If Plea: | **X** Accepted / Not Accepted | Adjudged/Found Guilty on Counts: | **Count 2** | |
| If Plea Agreement: | **X** Accepted / Not Accepted / No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | 6/17/13 | PSR: | **X** Not Disputed | Disputed |
| PSR: | **X** Court Adopts PSR Findings | Evidentiary Hearing: | **X** Not Needed | Needed |
| Exceptions to PSR: | | | | |

## SENTENCE IMPOSED

Imprisonment (BOP): 33 months

| | | | |
|---|---|---|---|
| Supervised Release: 2 years | Probation: | | **X** 500-Hour Drug Program |
| Court recommends ICE begin removal proceedings immediately or during service of sentence | | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| **X** | Substance abuse treatment program | | Reside residential reentry center _____ months _____ days |
| **X** | Mental health treatment program | | Register as sex offender |
| **X** | No alcohol/intoxicants | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| **X** | No contact with victim(s) and/or co-Deft(s) | | No computer with access to online services |
| | No entering, or loitering near, victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| **X** | No synthetic or designer drugs | | No loitering within 100 feet of school yards |
| **X** | OTHER: Defendant must be employed or enrolled in an educational program at all times. Defendant will have 30 days after his release to obtain employment. Court orders a full mental health assessment to be done on this defendant and would like to see him in her judicial review program upon his release. | | |

| | | | | |
|---|---|---|---|---|
| Fine: | $ **500** | Restitution: $ | **Will remain open for 90 days** | |
| SPA: | $ 100 ($100 as to each Count) | Payment Schedule: | **X** Due Imm. | Waived |
| OTHER: | The $500 fine and $100 SPA must be paid by the defendant within 2 years of release from imprisonment. Both must be paid by the defendant himself through employment and not by family members. Probation office is requested to obtain copies of defendant's pay stubs and verify that the fine and SPA are paid by the defendant and not his family. | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | FCI Florence, CO, if eligible. | |
| **X** | Dismissed Counts: | Government orally moves to dismiss Counts 1 and 3, Court grants motion. Government will file motion after hearing. | |

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
**SENTENCING MINUTE SHEET**

| | |
|---|---|
| OTHER COMMENTS | Court addresses defendant. Court addresses government counsel regarding victim and possible victim's statement. AUSA Mark Baker addresses Court. Court addresses defendant. Defendant introduces family members present in the courtroom. Probation Officer Danielle Padilla addresses Court. Defense counsel addresses Court. Defendant addresses Court and apologizes to victims. Government counsel addresses Court. Court imposes sentence. |